**Order entered March 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01473-CV

## PINNACLE PROPANE, LLC, Appellant

### V.

## MICHAEL KLEIN, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-16057

## ORDER

On February 13, 2019, we **ORDERED** court reporter Vielica Dobbins to file a supplemental reporter's record requested by appellant no later than February 25, 2019. To date, the record has not been filed. Because this accelerated appeal cannot proceed without a complete record, we **ORDER** Ms. Dobbins to file the supplemental reporter's record **no later than March 13, 2019.**

We note that at the time Ms. Dobbins recorded the proceedings in the underlying case, she was the official court reporter of the 134th Judicial District Court. She is now the official court reporter of the 193rd Judicial District Court. Accordingly, a copy of this order shall be sent to the Honorable Dale B. Tillery, Presiding Judge of the 134th Judicial District Court; the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court; Tina

Thompson, Official Court Reporter of the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/    BILL WHITEHILL
       JUSTICE